UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 6/24/2005     CASE NUMBER: 05-05165M

U.S. Magistrate Judge: BERNARDO P. VELASCO     Mag Judge Code: 70BJ

Recorded by Courtsmart

BY: Melodee Horton, Deputy Clerk

****************************
Filed: 6/24/2005
Clerk U.S. District Court
District Of Arizona
BY: _____ (Deputy)
****************************

U.S. Attorney  Serra Tsethlikai

☒ Complaint Filed   ☒ DOA 6/22/2005     INITIAL APP: ☒ HELD - Defendants and Material Witnesses

MATERIAL WITNESS(es): 1-PEDRO OSNAYA-PATINO  2-MARTIN ISRAEL RODRIGUEZ-CALCANAZ

MATERIAL WITNESS(es): state true name(s) to be 1-SAME  2-SAME

☐ ORDER Indictment/Complaint unsealed

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States. Court to appoint counsel.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant/Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to
☒ § 3142(f)  ☐ § 3142(d)

IT IS ORDERED: **within 48 hours of this Order***, that the United States Attorney shall contact the Clerk's Office to obtain a date and time **within 20 working days of this Order** for the use of Grand Jury Room #4700 for videotaping of the material witnesses and shall file **within 48 hours of this Order*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

| DETENTION HEARING: Set for: | PRELIMINARY HEARING: Set for: |
|---|---|
| 6/28/2005 at 9:15 AM | 6/28/2005 at 9:15 AM |
| before: MAGISTRATE JUDGE MARSHALL | before: MAGISTRATE JUDGE MARSHALL |

Defendant-001  JOSE AARON RUIZ                                    Atty: ___

Dft/MW(s) ☒ PRES  ☒ CUSTODY  ☐ WRIT                              ☐ PRES

Deft states T/N is SAME
Further Proceedings Ordered in defendant's true name.
Interpreter: N/A

☐ Warrant Other District                 ☐ Financial Afdvt taken
☐ Warrant Phx Div.                       ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
☒ § 3142(f)  ☐ § 3142(d)

Defendant-002  ANGEL VAZQUEZ-VAZQUEZ                              Atty: ___

Dft/MW(s) ☒ NOT PRESENT - CHAMBERS INFORMS CLERK THAT THIS DEFENDANT WILL HAVE HIS INITIAL APPEARANCE ON MONDAY, JUNE 27, 2005

☐ Other: _____
Copies to: , Serra Tsethlikai, , , PSA