UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE: 6/28/2005    CASE NUMBER: 05-05165M-(GEE)

FILED ___ LODGED ___  
RECEIVED ___ COPY ___  
JUL - 4 2005  
CLERK, U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY _____ S DEPUTY

USA vs. JOSE AARON RUIZ

U.S. MAGISTRATE JUDGE: MAGISTRATE JACQUELINE MARSHALL   Judge #: 70BN

U.S. Attorney  Tom Ferraro for Angie Martinez    INTERPRETER REQ'D  N/A

Attorney for Defendant  Richard C. Bock (Appointed)

INITIAL APP: ☐ HELD  DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA _____   ☐ Warrant Other District   ☐ Financial Afdvt taken  
☐ Warrant Phx Div.   ☐ No Financial Afdvt taken  
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ §3142(f) ☐ §3142(d)

PSA recommends  detention  ; Gov't ☒ concurs ☐ objects

GOVERNMENT recommends  detention

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | PRELIMINARY HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☒ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| ARRAIGNMENT  Set for | before: |

OTHER:  THE MAGISTRATE CASE REFERRAL IS: MAGISTRATE GLENDA E. EDMONDS . ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 05-05165M-(GEE)

Copies to:  
USA, CNSL, PSA

Recorded by Courtsmart

BY: Peggie Robb  
Deputy Clerk